DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AVIATION ROTABLES LLC,**
Appellant,

v.

**AERO CONSULTING & TRADING COMPANY** d/b/a ACTC, a Belgian
private limited liability company,
Appellee.

No. 4D21-3047

[July 14, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE21-013017.

Jermaine Thompson of Jermaine O'Neill Thompson, P.A., Oakland Park, for appellant.

Stacey S. Fisher of Sprechman & Fisher, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***